IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'5 JUL 11 AM 11: 00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA

v.                                CASE NO. 3:00-CR-884-001 (PG)

ELIEZER HERNANDEZ-SILVA
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon petition of Jose A. Figueroa, U.S. Probation Officer of this Court, alleging that releasee, Eliezer Hernandez-Silva, has failed to comply with his conditions of supervision, it is ORDERED that he appear before this Court on _July 29_ 2005, at _9:00 A.M._, for a hearing to show cause, if there be any, why his supervision term in the above-entitled case should not be revoked. Thereupon, he to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue a summons to the offender and provide both the defense counsel as well as the government with a copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this _8th_ day of _July_ 2005.

_____
Juan M. Perez-Gimenez
United States District Judge

EF/